UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CRISTIAN MARTINEZ and PAUL ESTRADA, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) CASE NO. 6:22-cv-00171 ) ) ) NOTICE OF RELATED CASE |
| v. | ) ) |
| ANDERSON COUNTY; KARINA GARCIA, in her official capacity as ANDERSON COUNTY BOND SUPERVISION OFFICER, | ) ) ) ) |
| Defendants. | ) ) |

Plaintiffs have recently filed Case No. 6:22-cv-00171 (Doc. 1) challenging Anderson County's policy and practice of charging pre-trial bond fees and incarcerating those who cannot pay. Plaintiffs hereby notify the Court of a pending matter before the Court that is related to Plaintiffs' challenge: *Perkins v. Anderson County*, Case No. 6:20-cv-00076-JCB, filed February 14, 2020.

Respectfully submitted,

/s/ *Charles W. Nichols*
Charles W. Nichols, Texas Bar No. 14994200
Donald J. Larkin, Texas Bar No 24057702
The Law Office of Charles W. Nichols, P.C.
Email: cnichols@charleswnicholslaw.com
Email: donald@charleswnicholslaw.com
617 E. Lacy St.
Palestine, TX 75801
Tel. (903) 729-5104
Fax. (903) 729-0347

/s/ *Natasha Baker*

Natasha Baker, D.C. Bar No. 1600874
Phil Telfeyan, D.C. Bar No. 1029157
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, D.C. 20004
(202) 505-2058
nbaker@equaljusticeunderlaw.org
ptelfeyan@equaljusticeunderlaw.org