# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| CRISTIAN MARTINEZ and PAUL ESTRADA, individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> ANDERSON COUNTY, TEXAS; KARINA GARCIA, in her official capacity as ANDERSON COUNTY, TEXAS BOND SUPERVISION OFFICER <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:22-cv-00171 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANDERSON COUNTY, TEXAS
Honorable Robert Johnston, County Judge
703 N. Mallard Street Ste. 101
Palestine, Texas 75801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles W. Nichols
617 East Lacy Street
Palestine, Texas 75801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 5/5/22

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-00171

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert Johnson Anderson County Judge
was received by me on *(date)* May 5th 2022

☑ I personally served the summons on the individual at *(place)* Judges office Anderson Co. Annex 703 N Mallard Palestine, Tx 75801 on *(date)* May 5th 2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ 0 for travel and $ 150.00 for services, for a total of $ 150.00

I declare under penalty of perjury that this information is true.

Date: May 5th 2022
2:30 pm
Sworn before me, Shelley Larkin, this 6th day of May, 2022.

Neill Rex Olson
*Server's signature*

Neill Rex Olson
*Printed name and title*

Shelley Renee Larkin
Notary Public

P.O. Box 3591 Palestine Tx
*Server's address*

Additional information regarding attempted service, etc:



SHELLEY RENEE LARKIN
Notary Public, State of Texas
Comm. Expires 12-20-2025
Notary ID 129539356

Print   Save As...   Reset