*Return*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Texas

| | |
|---|---|
| CRISTIAN MARTINEZ and PAUL ESTRADA, individually and on behalf of all others similarly situated | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  6:22-cv-00171 |
| ANDERSON COUNY; KARINA GARCIA, in her official capacity as ANDERSON COUNTY BOND SUPERVISION OFFICER | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KARINA GARCIA, in her official capacity as ANDERSON COUNTY BOND
SUPERVISION OFFICER
500 N. Church St. Room 11
Palestine, TX 75801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Charles W. Nichols
617 East Lacy Street
Palestine, Texas 75801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  **5/5/22**

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-00171

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KANITA GARCIA

was received by me on *(date)* MAY 5th 2022     2:50 p.i.

☑ I personally served the summons on the individual at *(place)* Anderson Co Texas Ct House
500 N Church, Palestine, TX 75801 on *(date)* MAY 6 2022

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ ~~150.00~~ for travel and $ 5.0.00 for services, for a total of $ 150.00 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: MAY 6 2022   9:15 AM   _Neill Rex Olson_
_____
Server's signature

Sworn before me, Shelley Larkin, this 6th day
of May _____ , 2022.   Neill Rex Olson
_____
Printed name and title

_Shelley Renee Larkin_
Notary Public   P.O. Box 3591 Palestine, Tx
_____
Server's address

Additional information regarding attempted service, etc:

SHELLEY RENEE LARKIN
Notary Public, State of Texas
Comm. Expires 12-20-2025
Notary ID 129539356

Print   Save As...   Reset