# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CRISTIAN MARTINEZ and PAUL ESTRADA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANDERSON COUNTY; KARINA GARCIA, in her official capacity as ANDERSON COUNTY BOND SUPERVISION OFFICER, <br><br> Defendants. | CASE NO. 6:22-cv-00171 |

## CERTIFICATE OF SERVICE

I hereby certify that copies of the following documents were served via personal service (hand-delivery) on Defendants Anderson County on May 5, 2022, and Karina Garcia on May 6, 2022:

- Complaint, exhibits, and civil cover sheet (Docs. 1 to 1-12)
- Notice of Related Case (Doc. 2)
- Motion for Class Certification, exhibits, and proposed order (Docs. 3 to 3-5)
- Summons (Docs. 4 to 4-1)

These documents were served via personal service to the following addresses:

ANDERSON COUNTY, TEXAS
Honorable Robert Johnston, County Judge
703 N. Mallard Street Ste. 101
Palestine, Texas 75801

KARINA GARCIA, in her official capacity as
ANDERSON COUNTY BOND SUPERVISION OFFICER
500 N. Church
Palestine, TX 75801

                                                */s/ Donald Larkin*
                                                Donald Larkin
                                                Attorney for Plaintiffs