## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

CRISTIAN MARTINEZ, Individually
and on Behalf of All Others Similarly
Situated, *et al.*

vs.

ANDERSON COUNTY, TEXAS, *et al.*

§
§
§
§
§
§
§
§
§

CASE NO. 6:22-cv-171-JCB

LEAD CASE

## ORDER

Defendants filed a Motion to Dismiss or Abate Duplicative Suit (ECF 9).  Defendants assert that this lawsuit is duplicative of a previously filed lawsuit, *Perkins v. Anderson County*, Civil Action No. 6:20-cv-76.  On this date, an Order was entered consolidating the two cases.  As a result, the motion to dismiss is moot.  It is therefore

ORDERED that the Clerk shall terminate the Motion to Dismiss or Abate Duplicative Suit (ECF 9) as MOOT.

So ORDERED and SIGNED this 29th day of June, 2022.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE