UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00171

**Cristian Martinez et al.,**
*Plaintiffs,*

v.

**Anderson County et al.,**
*Defendants.*

# ORDER

Plaintiffs filed this action asserting claims pursuant to 42 U.S.C. § 1983. Doc. 1. On March 1, 2023, the magistrate judge issued a report recommending that plaintiffs' renewed motion for class certification be granted as modified. Doc. 83. No party filed written objections. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court grants the renewed motion for class certification as modified to include only the two proposed main classes.

*So ordered by the court on March 28, 2023.*

J. CAMPBELL BARKER
United States District Judge