UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00171

**Cristian Martinez et al.,**
*Plaintiffs,*

v.

**Anderson County et al.,**
*Defendants.*

# ORDER

Plaintiffs filed this action asserting claims pursuant to 42 U.S.C. § 1983. Doc. 1. On March 1, 2023, the magistrate judge issued a report recommending that plaintiffs' motion to voluntarily dismiss Cristian Martinez be granted. Doc. 84. No party filed written objections. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court grants the motion to voluntarily dismiss and dismisses the claims of Cristian Martinez without prejudice.

*So ordered by the court on March 28, 2023.*

J. CAMPBELL BARKER
United States District Judge